JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DAVID ALLSOP, an individual;<br><br>Plaintiff,<br><br>v.<br><br>TARGET STORES, a business entity; and DOES 1 to 100 inclusive<br><br>Defendants. | CASE NUMBER: 2:20-cv-00399 DSF-JPR<br><br>**ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT**<br><br>State Court Complaint Filed: August 1, 2019 |

Having considered the stipulation between Plaintiff DAVID ALLSOP and Defendant TARGET CORPORATION, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that Plaintiff DAVID ALLSOP, as a result of the alleged incident and subsequent claim all described more fully in the Complaint filed in the Superior Court of the State of California, County of Los Angeles, Case No. 19STCV27051 ("State Court"), entitled <u>DAVID ALLSOP v. TARGET CORPORATION, et al.</u> (the "State Court Action"), has incurred total damages, if any, that do not, and will never be claimed to, exceed <u>$75,000.00</u>.

///

///

Accordingly, this case does not meet the jurisdictional requirements for removal as defined in 28 U.S.C. §1332(a), and this matter is hereby remanded to the Superior Court of California, County of Los Angeles.

Dated: January 24, 2020

*/s/ Dale S. Fischer*
_____
Hon. Dale S. Fischer
United States District Judge

## PROOF OF SERVICE

I am a citizen of the United States. My business address is Nicolson Law Group, PC, 21650 Oxnard Street, Suite 1410, Woodland Hills, California 91367. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, the below entitled document was served, as follows:

## [PROPOSED] ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT

☒ (BY CM/ECF) I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

(BY FAX) I transmitted via facsimile, from facsimile number (818) 858-1124, the document(s) to the person(s) on the attached service list at the fax number(s) set forth therein, on this date before 5:00 p.m. A statement that this transmission was reported as complete and properly issued by the sending fax machine without error is attached to this Proof of Service.

(BY E-MAIL) On this date, I personally transmitted the foregoing document(s) via electronic mail to the e-mail address(es) of the person(s) on the attached service list.

☒ (BY MAIL) I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) on the attached service list and sealed and placed the envelopes for collection and mailing following ordinary business practices.

James W. Vititoe, Esq.
Vititoe Law Group
5707 Corsa Avenue
Second Floor
Westlake Village, CA 91362
Telephone Number: (818) 991-8900
Facsimile Number: (818) 991-6200
Email: jim@vititoe.com

Attorneys for Plaintiff, David Allsop

    (BY PERSONAL SERVICE) On this date, I delivered by hand envelope(s) containing the document(s) to the persons(s) on the attached service list.
(BY OVERNIGHT DELIVERY) On this date, I placed the documents in envelope(s) addressed to the person(s) on the attached service list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to whom it is to be served.

☒     (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **January 23, 2020**, at Los Angeles, California.

                                              */s/ Cheryl C. Crowley*
                                                Cheryl C. Crowley